# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.   24- MJ- 7079
U. S. Postal Service Priority Mail Parcel # 9405 5362 )
0624 8705 1982 20 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Central___ District of ___Illinois___ *(identify the person or describe property to be searched and give its location)*: See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: controlled substances and evidence of drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___841___, and the application is based on these facts:   See affidavit of U.S. Postal Inspection Service Task Force Officer Jon Haley

☑ Continued on the attached sheet.
☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/J. Haley
_____
*Applicant's signature*

Jon Haley, U.S. Postal Inspection Service TFO
*Printed name and title*

Sworn to via reliable electronic and/or telephonic means in accordance with Fed. R. Crim. P. 41.

Date:  4/4/2024

Eric Long    Digitally signed by Eric Long
Date: 2024.04.04 13:25:40 -05'00'
_____
*Judge's signature*

City and state:  Urbana, IL            Eric I. Long, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail Parcel<br><br># 9405 5362 0624 8705 1982 20<br><br>currently in the custody of the U.S. Postal Inspection Service | Case No. 24-MJ- 7079<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

Jonathan D. Haley, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Illinois State Police currently assigned to the United States Postal Inspector Service Contraband Interdiction and Investigations as a Task Force Officer (TFO). I have been employed with the Illinois State Police since March of 2020 where I spent time as a full-time narcotics investigator with the Vermilion County Metropolitan Group (VMEG). Prior to the Illinois State Police, I was employed with the Vermilion County Sheriff's Department as a Sheriff's Deputy beginning in September of 2013 and assigned to investigations in February of 2018. In my law enforcement career, I have worked an extensive number of criminal cases including narcotics

investigations. As a Special Agent with the Illinois State Police, I received training in investigating violations of federal statutes, and I am responsible for conducting investigations regarding such criminal violations. As a U.S. Postal Inspector TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The Springfield Multi-Functional Team, partnered with the Contraband Interdiction and Investigations unit, has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. My combined 5 years as a criminal investigator has included numerous criminal investigations, the execution of search warrants and the seizure of contraband. My assignment with the USPIS has provided me with valuable insight into how controlled substances or the proceeds of controlled substances are shipped through the U.S. Postal Service (USPS) and how the USPS is used as a tool by individuals or groups to facilitate drug trafficking.

  2.  The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3. I make this affidavit in support of an application for a search warrant for the U. S. Postal Service Priority Mail parcel #9405 5362 0624 8705 1982 20, hereinafter referred to as **Subject Parcel**. The **Subject Parcel** is further described in **Attachment A.** The investigation has revealed that the parcel contains similar attributes to that of parcels previously found to contain controlled substances or proceeds/payments from the sale of controlled substances. Further, the parcel has had a positive alert by a narcotics trained canine, indicating the presence of a narcotic odor. Accordingly, I believe there is probable cause that the parcel to be searched contains evidence, contraband, or property in violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and the distribution of controlled substances) and 18 U.S.C. § 1952(a)(1) (using the mail to distribute the proceeds of criminal activity). Upon execution of the search warrant, I will provide the court with documentation of my findings.

4. Since this affidavit is being submitted for the limited purpose of securing an application for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## BACKGROUND

5. Experience, training and drug trafficking intelligence information

gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed, reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business to business, correspondence. Intelligence from prior parcels, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail is seldom used for individual-to-individual correspondence.

6. In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of controlled substances. The USPIS conducted an analysis of prior parcels mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. The analysis of prior parcels, which were found to contain controlled substances or proceeds/payments, indicated that these labels are usually from an individual to an individual. However, it is increasingly more common to have overnight delivery parcels display a business or company name and contain

narcotics or proceeds. In these instances, the sender information was randomly selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

      7.    Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet) the USPIS learned that unknown persons posted intelligence on the Silk Road website warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds parcels, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds parcels. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. In some instances however, drug traffickers will purchase postage with cryptocurrency to conceal payment. One of the websites utilized for such postage is www.easypost.com

(EasyPost). This allows the mailer to enter their own weight, postage, and mailing information.

8. Furthermore, USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: parcel mailed from or addressed to a known narcotic source city; parcel has a fictitious return address; parcel addressee name is unknown at the destination address; parcel sender name is unknown at the return address; parcel has address information which is handwritten; parcel is mailed from a Commercial Mail Receiving Agency (CMRA); parcel is addressed to residential areas; parcel is addressed from an individual to an individual; parcels are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

9. The USPIS Springfield, IL Multi-Functional Team has found the characteristics listed in paragraphs five, six, seven, and eight are indicative of

parcels which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

## PROBABLE CAUSE

10. On Tuesday, April 2, 2024, upon a review of Postal Business Records, I discovered that USPS Priority Mail parcel #9405 5362 0624 8705 1982 20 (**Subject Parcel**) had been placed in the USPS mail stream. Postal Business Records indicate the **Subject Parcel** was mailed on April 1, 2024, at approximately 3:57 PM PDT from the West Covina, CA post office, with Los Angeles, CA listed on the return address, a known narcotics source city,[1] and the parcel was addressed to 1919 9th St., Apt 2, Charleston, IL 61920. Postage for the parcel was paid for with cryptocurrency, and the weight listed for the **Subject Parcel** was approximately 1 pound, 0.48 ounces. I submitted a request to hold this parcel at the Champaign, IL P&DC in an effort to intercept the **Subject Parcel** prior to it being delivered at its final destination in Charleston, IL.

11. On Wednesday, April 3, 2024, I received an alert via Postal Business records notifying me that the **Subject Parcel** had arrived at the USPS Champaign, IL P&DC. That same day, I intercepted and took custody of the **Subject Parcel** at the USPS Champaign, IL P&DC located at 2001 N. Mattis Ave., Champaign, IL 61821.

---

[1] From April 2, 2023, until the present, the USPIS has seized approximately twenty-four (24) USPS parcels from the same zip code, 90003, as listed on the return address for the **Subject Parcel** which were discovered to contain controlled substances and/or proceeds to narcotics activity.

12. An examination of the **Subject Parcel** revealed it had been addressed from "Corrie Pits" to an individual and was packaged in a USPS Priority Mail medium flat rate box. A subsequent review of a law enforcement database revealed the sender's name listed on the **Subject Parcel**, "Corrie Pits", was not currently associated with the sender address, 408 e 101st St., Los Angeles, CA 90003. This also revealed that a "Corrie Pits" is not currently associated with any address in California.

13. A subsequent review of a law enforcement database revealed the recipient's name listed on the **Subject Parcel,** "Sterling Johnson"**,** was not currently associated with the recipient address, 1919 9th St. Apt. 2, Charleston, IL 61920. In addition, the postage for the **Subject Parcel** had been paid for with cryptocurrency via EasyPost. The **Subject Parcel** was transported to the ISP Zone 5 Champaign Office located at 2125 South First St., Champaign, IL.

14. On Wednesday, April 3, 2024, Trooper Joseph Rush with the Illinois State Police and his canine partner "Odin" responded to the ISP Zone 5 Champaign Office located at 2125 South First St. Champaign, IL. "Odin" is trained to detect controlled substance odors of marijuana, methamphetamine, cocaine, crack cocaine and heroin. "Odin" is certified as a narcotics detection canine by the Illinois State Police K9 Section and was last certified in February of 2024.

15. I was present at the Zone 5 Champaign Office and observed the following actions. The **Subject Parcel** was placed among three (3) empty USPS Priority Mail flat rate boxes of various sizes, in an area not known to have been contaminated by a narcotic odor. The location of the **Subject Parcel** was not known to Trooper Rush. Subsequently, Trooper Rush had "Odin" search the area containing the **Subject Parcel**. Upon arriving at the **Subject Parcel**, Trooper Rush advised that canine "Odin" gave a "Trained Final Response", at the **Subject Parcel** indicating the presence of a narcotic odor. I observed "Odin" attempt to bite the **Subject Parcel** and could not be pulled away from the **Subject Parcel**. I observed "Odin" to not react in the same manner to the other three (3) empty USPS Priority Mail flat rate boxes. The **Subject Parcel** remains in my custody at the ISP Zone 5 Champaign office, located at 2125 South First St., Urbana, IL.

16. In summary, the **Subject Parcel** has the following characteristics which are consistent with parcels containing controlled substances/drug proceeds: the parcel was mailed from a known narcotics source area in California; according to a law enforcement database, the sender listed on the parcel is not associated to the sender address; The recipient listed on the parcel is not associated to the recipient address and the postage for the parcel was paid for with cryptocurrency. In addition, the parcel received a positive alert from a

narcotics trained canine indicating the presence of a narcotic odor.

17. The **Subject Parcel** measures approximately 12 inches by 14.125 inches by 3.5 inches, weighs approximately 1 pound, 0.48 ounces and has a postage fee of $13.38. See **Attachment A** for a photo of the **Subject Parcel**.

## CONCLUSION

18. Based on my training and experience and in conjunction with the overall investigation of the **Subject Parcel**, I believe the **Subject Parcel** may contain evidence of violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1952(a)(1).

19. Based on my training and experience, I know that fingerprints, DNA, or other evidence concerning the identity of the sender may be located inside the parcel.

20. The **Subject Parcel** is currently in my custody at the Illinois State Police Zone 5 Champaign office located at 2125 South First St., Champaign, IL.

21. I am requesting authorization to execute the warrant and open the **Subject Parcel** anytime in the day or night because the intrusion involved will not constitute an intrusion on any person or any premises.

22. I submit that this affidavit supports probable cause for a search warrant. Upon execution of the search warrant I will provide the court with

documentation of my findings.

### REQUEST FOR SEALING

23.     I further request that the Court order that all documents in support of this application, including the affidavit, search warrant and subsequent return, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

s/J. Haley

_____
Postal Inspector TFO Jonathan D. Haley
United States Postal Inspection Service

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1 on this __4th__ day of April 2024.



Digitally signed by Eric Long
Date: 2024.04.04 13:26:00 -05'00'

HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL: | Illinois State Police Zone 5 Champaign 2125 South First St., Champaign, IL |
| USPS Tracking Number: | 9405 5362 0624 8705 1982 20 |
| Sender Address: | 408 E. 101st St., Los Angeles, CA 90003 |
| Recipient Address: | 1919 9th St. Apt 2, Charleston, IL 61920 |
| Parcel Dimensions: | 14.125 inches x 12 inches x 3.5 inches |
| Parcel Weight: | 1 pound, 0.48 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.