AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>U. S. Postal Service Priority Mail Parcel # 9405 5362<br>0624 8705 1982 20 | )<br>)<br>)   Case No.  24-MJ- 7079<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Central _____ District of _____ Illinois _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and specifically incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances and evidence of drug trafficking, more particularly described on Attachment B attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 18, 2024 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ U.S. Magistrate Judge Eric I. Long _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

| | |
|---|---|
| | **Eric Long** Digitally signed by Eric Long<br>Date: 2024.04.04 13:26:22 -05'00' |
| Date and time issued:   4/4/2024; 1:26 p.m. | *Judge's signature* |
| City and state:   Urbana, IL | Eric I. Long, United States Magistrate Judge |
| | *Printed name and title* |

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 24-MJ- 7079 | Date and time warrant executed: <br> 04/04/2024 at 1:33 p.m. | Copy of warrant and inventory left with: <br> N/A |

| Inventory made in the presence of : <br> S/A A. Bruens (ISP) |
|---|

Inventory of the property taken and name of any person(s) seized:

    USPS Priority Mail parcel #9405 5362 0624 8705 1982 20:
- Vacuum sealed bag containing approximately 124.2g of suspected cannabis. Contents of vacuum sealed tested positive for the presence of THC
- 2 "Mr. Mushies" THC infused product weighing 27.5g each (55g total).

---

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    4/16/24

                                                    s/J. Haley

                                                 *Executing officer's signature*

                                 USPIS TFO Jonathan Haley

                                           *Printed name and title*

## ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL: | Illinois State Police Zone 5 Champaign |
| | 2125 South First St., Champaign, IL |
| USPS Tracking Number: | 9405 5362 0624 8705 1982 20 |
| Sender Address: | 408 E. 101st St., Los Angeles, CA 90003 |
| Recipient Address: | 1919 9th St. Apt 2, Charleston, IL 61920 |
| Parcel Dimensions: | 14.125 inches x 12 inches x 3.5 inches |
| Parcel Weight: | 1 pound, 0.48 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.